IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-cr-00083-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| GARY ALAN NUCKLES, SR. | : |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, GARY ALAN NUCKLES, SR., on October 25, 2016, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

a.  A 9mm Smith & Wesson pistol, Model 469, bearing serial number A8673522;

b.  Ten (10) rounds of 9mm ammunition;

c.  A .380 caliber Cobra Enterprises pistol, Model CA380, bearing serial number CP012019;

d.  Five (5) rounds of .380 caliber ammunition;

e.  A gun box containing a Cobra slide, magazine, and safety switch to a Cobra pistol;

f.  A .22 caliber RG14 pistol-revolver, bearing serial number L735530;

g.  Six (6) .22 caliber rounds of ammunition;

1

h.  A 9mm Hi-Point semi-automatic, Model #C9, bearing serial number P1639831;

i.  Six (6) 9mm rounds of ammunition

j.  $4,362.00 in US Currency; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1.  That based upon the Memorandum of Plea Agreement as to the defendant, GARY ALAN NUCKLES, SR., the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2.  That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3.  That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of

the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c)(2).

SO ORDERED. This 6 day of Jun, 2017.

LOUISE W. FLANAGAN
United States District Judge