IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:16-CR-00083-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| GARY ALAN NUCKLES | : |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on June 6, 2017, this Court entered an Preliminary Order of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon the defendant's plea of guilty to offenses in violation of 21 U.S.C. § 846 and 18 U.S.C. § 924(c)(1)(A), and agreement to the forfeiture of the property listed in the June 6, 2017 Preliminary Order of Forfeiture, to wit:

a) A 9mm Smith & Wesson pistol, Model 469, bearing serial number A867352;

b) Ten (10) rounds of 9mm ammunition;

c) A .380 caliber Cobra Enterprises pistol, Model CA380, bearing serial number CP012019;

d) Five (5) rounds of .380 caliber ammunition;

e) A gun box containing a Cobra slide, magazine, and safety switch to a Cobra pistol;

f) A .22 caliber RG14 pistol-revolver, bearing serial number L735630;

g) Six (6) .22 caliber rounds of ammunition;

1

    h) A 9mm Hi-Point semi-automatic, Model #C9, bearing serial number P1639831;

    i) Six (6) 9mm rounds of ammunition; and

    j) $2,814.00 in U.S. Currency.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between March 2, 2019 and March 31, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's June 6, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the June 6, 2017 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Marshall Service and/or the Bureau of Alcohol, Tobacco, Firearms, and Explosives is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 2nd day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge