UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CR-83-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GARY ALAN NUCKLES, SR. | ORDER TO SEAL |

On motion of the Defendant, Gary Alan Nuckles, Sr., and for good cause shown, it is hereby ORDERED that **DE-52** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 21st day of August, 2020.

*[signature]*
LOUISE WOOD FLANAGAN
United States District Judge